Mitchell **WAGNER,** Plaintiff–Appellant

v.

Gilbert **CAMPUZANO,** Regional Director TDCJ, Region VI; Edward L. Wheeler, Senior Warden; Richard G. Leal, Assistant Warden, Defendants–Appellees.

No. 13–10610

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 2, 2013.

Mitchell Wagner, Abilene, TX, pro se.

---

* Pursuant to 5th Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cɪʀ. R. 47.5.4.

1. Collin County Jail was previously dismissed from this action.

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Mitchell Wagner, Texas prisoner # 1543049, appeals the denial of his motion for a temporary restraining order (TRO) and preliminary injunction in a 42 U.S.C. § 1983 proceeding.

We lack jurisdiction to decide moot questions or issues that cannot affect the rights of the parties to the appeal. *McRae v. Hogan*, 576 F.2d 615, 617 (5th Cir.1978). The denial of a TRO is not appealable in light of the likelihood of mootness. *In re Lieb*, 915 F.2d 180, 183 (5th Cir.1990). The denial of a preliminary injunction is appealable as an exception to the final-judgment rule. 28 U.S.C. § 1292(a)(1); *Lakedreams v. Taylor*, 932 F.2d 1103, 1107 (5th Cir.1991). However, during the pendency of Wagner's appeal, the district court entered a final judgment dismissing Wagner's § 1983 complaint, which contained a request for permanent injunctive relief. The entry of a final judgment regarding permanent injunctive relief renders any order regarding preliminary injunctive relief moot. *See Louisiana World Exposition, Inc. v. Logue*, 746 F.2d 1033, 1038 (5th Cir.1984). Accordingly, the instant appeal, which challenges only the denial of preliminary injunctive relief, is dismissed for lack of jurisdiction as moot.

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

